■ In the Matter of MARK PETERS, Respondent, v LANGFORD-NEW OREGON VOLUNTEER FIRE COMPANY, INC., Appellant.—Appeal unanimously dismissed without costs (see, CPLR 5701 [b] [1]). (Appeal from order of Supreme Court, Erie County, Wolfgang, J.—art 78.) Present—Callahan, J. P., Denman, Boomer, Lawton and Davis, JJ.